AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kelley, Jr., Walter D | 2. Court or Organization<br><br>USDC - E.D. Va | 3. Date of Report<br><br>11/14/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Separated | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☐ Annual   ☑ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>05/16/2008 |
| 7. Chambers or Office Address<br><br>51 Louisiana Avenue, NW<br>Washington, DC 20001-2113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   General Partner | Limited Partnership #1 |
| 2.   Manager | LLC #1 |
| 3.   Manager | LLC #2 |
| 4.   Manager | LLC #3 |
| 5.   Trustee | Trust #1 |
| 6.   Trustee | Trust #2 |
| 7.   Trustee | Trust #3 |
| 8.   Trustee | Trust #4 |
| 9.   Trustee | Trust #5 |
| 10.   Administrator | UTMA Account #1 |
| 11.   Administrator | UTMA Account #2 |
| 12.   Administrator | UTMA Account #3 |
| 13.   Director | Norfolk Botanical Garden Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 11/14/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wachovia Line of Credit (fka SouthTrust) | Unsecured Line of Credit | K |
| 2. | Capital One Credit Card | Unsecured Line of Credit | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 11/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  TRUST #5 | D | Dividend | P1 | T | | | | | |
| 2.  -CMA Tax-Exempt Fund | | | | | | | | | |
| 3.  -Clear Media Ltd | | | | | | | | | |
| 4.  -AES Corp | | | | | | | | | |
| 5.  -American Tower Corp | | | | | Buy | 01/28 | K | | |
| 6.  -Crown Holdings Inc | | | | | | | | | |
| 7.  -Gladstone Coml Corp | | | | | | | | | |
| 8.  -MGI Pharma Inc | | | | | Sell | 01/25 | K | B | |
| 9.  -Markel Corp. Holding Co | | | | | | | | | |
| 10.  -Micros Sys Inc | | | | | | | | | |
| 11.  -Pioneer Natural Resources Co | | | | | | | | | |
| 12.  -Wells Fargo & Co | | | | | | | | | |
| 13.  -Marsh & McLennan Cos | | | | | Sell | 01/09 | K | | Loss |
| 14.  -Echostar Comunications Cl | | | | | | | | | |
| 15.  -Clear Channel Outdoor Holdings Inc | | | | | Buy | 03/31 | J | | |
| 16.  -Penn National Gaming Inc | | | | | | | | | |
| 17.  -Capital One Financial Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 11/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -American Tower Corp | | | | | | | | | |
| 19.   -HMS Holdings Corp | | | | | | | | | |
| 20.   -Pool Corp Com | | | | | Buy | 02/26 | J | | |
| 21.   -NUCO2 Inc | | | | | | | | | |
| 22.   -Millicom Intl | | | | | | | | | |
| 23.   -Lamar Advertising Co | | | | | | | | | |
| 24.   -Newalta Income Fd Trust | | | | | Buy | 01/15 | J | | |
| 25.   -Newalta Income Fd Trust | | | | | Buy | 02/26 | J | | |
| 26.   -Newalta Income Fd Trust | | | | | Buy | 02/29 | J | | |
| 27.   -United Bankshares Inc W Va | | | | | | | | | |
| 28.   -Sirius Satellite Radio Inc | | | | | Buy | 02/06 | K | | |
| 29.   -Sirius Satellite Radio Inc | | | | | Sell | 04/24 | K | | Loss |
| 30.   -XM Satellite Radio Holdings Inc | | | | | Sell | 02/06 | K | | Loss |
| 31.   -XM Satellite Radio Holdings Inc | | | | | Buy | 04/24 | K | | |
| 32.   -Manassas VA Municipal Bond | | | | | | | | | |
| 33.   -Arlington County VA Public Improvement Bond | | | | | | | | | |
| 34.   -Richmond VA Public Utility Bond | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 11/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -American Capital World Groth & Income Fund | | | | | | | | | |
| 36.  -American Cap Inc. Bldr Fund | | | | | | | | | |
| 37.  -American Washington Mut Investors Fund | | | | | | | | | |
| 38.  -Dish Network Corp | | | | | Buy | 01/22 | J | | |
| 39.  -Reddy Ice Holdings Inc | | | | | Buy | 01/28 | J | | |
| 40.  -Federal National Mtg Assn | | | | | Buy | 02/29 | J | | |
| 41.  -Federal National Mtg Assn | | | | | Buy | 03/11 | J | | |
| 42.  -Chimera Invt Corp Com | | | | | Buy | 03/11 | J | | |
| 43. | | | | | | | | | |
| 44.  TRUST #2 | C | Dividend | K | T | | | | | |
| 45.  -CMA Tax-Exempt Fund | | | | | | | | | |
| 46.  -GMAC Bonds | | | | | Redemption | 02/15 | K | A | |
| 47.  -Richmond VA Metro Authority Expressway Bond | | | | | | | | | |
| 48.  -Henrico Co. Municipal Bond | | | | | | | | | |
| 49.  -Newport News Municipal Bond | | | | | Redemption | 03/03 | J | B | |
| 50.  -Virginia State Public School Authority Bond | | | | | | | | | |
| 51.  -Virginia Multi Family Housing Bond | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 11/14/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Plac "(X)" after ach asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Typ (e.g., div., r nt, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Fairfax County Public Improvement Bond | | | | | | | | | |
| 53.   -Ricmond Municipal Bond | | | | | | | | | |
| 54.   -Virginia Port Authority Bond | | | | | | | | | |
| 55.   -Wachovia Common Stock | | | | | | | | | |
| 56.   -American Cap. Bldr. Fund | | | | | | | | | |
| 57.   -American High Income Municipal Bond Fund | | | | | | | | | |
| 58.   -American Bond Fund of America | | | | | | | | | |
| 59.   -ChevronTexaco Corp | | | | | | | | | |
| 60.   -Eaton Vance Floating Rate Fund | | | | | | | | | |
| 61.   -MFS Emerging Markets Debt Fund | | | | | | | | | |
| 62.   -Pimco All Asset Fund | | | | | | | | | |
| 63.   -Pimco Real Return Bond Fund | | | | | | | | | |
| 64.   -Loomis Sayles Strategic Income Fund | | | | | | | | | |
| 65.   -Pimco All Asset Fund | | | | | | | | | |
| 66.   -Pimco Real Return Bond Fund | | | | | | | | | |
| 67.   -American Cap World Bond Fund | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 11/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TRUST #3 | D | Dividend | P1 | T | | | | | |
| 70. -ML Cash Reserves | | | | | | | | | |
| 71. -American Capital World | | | | | | | | | |
| 72. -American Euro Pacific Growth Fund | | | | | | | | | |
| 73. -American Small Cap Fund | | | | | Sell | 01/31 | K | D | |
| 74. -American Fundamental Income Fund | | | | | | | | | |
| 75. -American New Perspective Fund | | . | | | | | | | |
| 76. | | | | | | | | | |
| 77. BROKERAGE ACCOUNT #1 | A | Dividend | J | T | | | | | |
| 78. -ML Cash Reserves | | | | | | | | | |
| 79. -The Phoenix Companies Inc. Common Stock | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. 401(k) #1 | D | Dividend | P1 | T | | | | | |
| 82. -AES Corp | | | | | Sell | 03/18 | K | E | |
| 83. -American Tower Corp | | | | | Buy | 01/28 | K | | |
| 84. -Clear Media Limited | | | | | | | | | |
| 85. -Gladstone Coml Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 11/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Healthextras Inc | | | | | Sell | 01/23 | K | D | |
| 87. -Markel Corp. Holdg Co | | | | | | | | | |
| 88. -Micros Sys Inc | | | | | | | | | |
| 89. -Penn Natl Gaming Inc | | | | | | | | | |
| 90. -Precision Auto Care Inc | | | | | | | | | |
| 91. -Saga Communications Inc | | | | | | | | | |
| 92. -Fidelity Cash Reserves (fdrxx) | | | | | | | | | |
| 93. -Echostar Communications Cl | | | | | | | | | |
| 94. -Carmax Inc | | | | | | | | | |
| 95. -Pioneer Natural Resources Co | | | | | | | | | |
| 96. -NUCO2 Inc | | | | | | | | | |
| 97. -Clear Channel Outdoor Hldgs Inc | | | | | | | | | |
| 98. -Capital One Financial Corp | | | | | | | | | |
| 99. -Universal Display Corp | | | | | | | | | |
| 100. -Pool Corp Com | | | | | | | | | |
| 101. -HMS Holdings Corp | | | | | | | | | |
| 102. -Millicom Intl | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 11/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Fidelity US Treasury Money Market | | | | | Sell | 01/15 | J | A | |
| 104. -United Bankshares Inc | | | | | | | | | |
| 105. -Federal Natl Mtg Assn | | | | | Buy | 03/11 | J | | |
| 106. -Freddie Mac | | | | | | | | | |
| 107. -Reddy Ice Holdings Inc | | | | | Buy | 01/08 | J | | |
| 108. -Sirius Satellite Radio Inc | | | | | Buy | 01/08 | J | . | |
| 109. -Newalta Income Fund Trust | | | | | Buy | 01/15 | K | | |
| 110. | | | | | | | | | |
| 111. LIMITED PARTNERSHIP #1 | A | Dividend | K | T | | | | | |
| 112. -Dominion Res. Inc. | | | | | | | | | |
| 113. -Precision Auto Care Inc. | | | | | | | | | |
| 114. -Note Receivable (American Recovery Services LLC) | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. LLC #2 | | | | | | | | | |
| 117. -Accounts Receivable | | None | M | U | | | | | |
| 118. -Note Receivable (William C. McKnew) | E | Interest | L | U | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 11/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (I cludes those of spouse and dependent childre ; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. LLC #1 | | | | | | | | | |
| 121. -Note Receivable (American Recovery Services) | | None | J | U | | | | | |
| 122. -Wachovia Bank Account | A | Interest | J | T | | | | | |
| 123. -Note Receivable (S. Lapp) | | None | L | U | Loan | | | | |
| 124. | | | | | | | | | |
| 125. LLC #3 | | | | | | | | | |
| 126. -Wachovia Bank Account | A | Interest | J | T | | | | | |
| 127. -Note Receivable (KMK Factoring, LLC) | | None | J | U | | | | | |
| 128. | | | | | | | | | |
| 129. TRUST #1 | A | Interest | N | T | | | | | |
| 130. -Wachovia Bank Account | A | Interest | J | T | | | | | |
| 131. -Prudential Whole Life Policy | D | Dividend | M | T | | | | | |
| 132. -Mass Mutual Whole Life Policy | D | Dividend | M | T | | | | | |
| 133. | | | | | | | | | |
| 134. IRA #1 | A | Dividend | L | T | | | | | |
| 135. -Retirement Reserves Cl | | | | | | | | | |
| 136. -American Euro Pacific Growth Fund | | | | | Buy | 04/08 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Metho Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 11/14/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137.  -American Growth Fund | | | | | Sell | 01/16 | J | A | |
| 138.  -American Growth Fund | | | | | Buy | 04/08 | J | | |
| 139.  -Blackrock Basic Value Fd | | | | | Buy | 04/08 | J | | |
| 140.  -Delaware American Services Fund | | | | | Buy | 04/08 | J | | |
| 141.  -Pimco Real Return Bond Fund | | | | | Buy | 04/08 | J | | |
| 142.  -Lord Abbett Small Cap Fund (fka L A Research Fund) | | | | | Buy | 04/08 | J | | |
| 143.  -AIM Real Estate Fund | | | | | Buy | 04/08 | J | | |
| 144.  -Calvert Income Fund | | | | | Buy | 04/08 | J | | |
| 145. | | | | | | | | | |
| 146.  IRA #2 | A | Dividend | J | T | | | | | |
| 147.  -Retirement Reserves Cl | | | | | | | | | |
| 148.  -Blackrock Basic Value Fd | | | | | | | | | |
| 149.  -Blackrock Eurofund | | | | | | | | | |
| 150.  -Blackrock Fundamental Growth Fund | | | | | Sell | 01/08 | J | A | |
| 151.  -Blackrock Intl Value Fund | | | | | Sell | 01/08 | J | A | |
| 152.  -Blackrock Large Cap Core Fund | | | | | Buy | 01/08 | J | | |
| 153.  -Blackrock Pacific Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter **D** | 11/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. -Blackrock Small Cap Growth Fund | | | | | | | | | |
| 155. -Blackrock Value Opp Fund | | | | | Buy | 01/08 | J | | |
| 156. -Blackrock High Income Fund | | | | | | | | | |
| 157. -Blackrock Total Return Fund (fka Blackrock Bond Fund) | | | | | | | | | |
| 158. -Blackrock Short Term Bond | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. 401(k) #2 | A | Dividend | L | T | | | | | |
| 161. -ML Retirement Reserves | | | | | | | | | |
| 162. -Hartford Growth Opportunities | | | | | Sell | 02/08 | J | A | |
| 163. -AIM Intl Growth Fund | | | | | Sell | 02/08 | J | | Loss |
| 164. -Ivy Global Natural Resourced Fund | | | | | | | | | |
| 165. -Neuberg & Bermn Genesis Trust | | | | | | | | | |
| 166. -Matthews Asia Pacific Fund | | | | | | | | | |
| 167. -DWS Dreman High Ret Eqt Instl | | | | | | | | | |
| 168. -Davis New York Venure Fund | | | | | | | | | |
| 169. -Federated Kaufmann Small Cap Fund | | | | | | | | | |
| 170. -Allianz Ccm Capital App Rec Fund | | | | | Sell | 02/08 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 11/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Julius Baer Intl Equity Fund | | | | | | | | | |
| 172. -John Hancock Large Cap Equity Fund | | | | | Buy | 02/08 | J | | |
| 173. -John Hancock Large Cap Equity Fund | | | | | Sell | 04/16 | J | | Loss |
| 174. -Mutual Discovery Fund | | | | | Buy | 02/08 | | | |
| 175. | | | | | | | | | |
| 176. TRUST #4 | A | Dividend | K | T | | | | | |
| 177. -ML Cash Reserves | | | | | | | | | |
| 178. -Blackrock Small Cap Growth Fund | | | | | | | | | |
| 179. -Blackrock Large Cap Core Fund | | | | | Buy | 01/08 | J | | |
| 180. -Blackrock Fundamental Growth | | | | | Sell | 01/08 | J | A | |
| 181. -Blackrock International Value Fund | | | | | Sell | 01/08 | J | A | |
| 182. -Blackrock Eurofund | | | | | Sell | 01/08 | J | A | |
| 183. -Blackrock Intermediate Municipal Fund | | | | | | | | | |
| 184. -Blackrock BasicValue Fund | | | | | | | | | |
| 185. -Blackrock Value Opp Fund | | | | | Buy | 01/08 | J | | |
| 186. -Blackrock Short Term Municipal Fund | | | | | | | | | |
| 187. -Blackrock National Municipal Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 11/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Blackrock Pacific Fund | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. 401(k) #3 | A | Dividend | K | T | | | | | |
| 191. -ML Retirement Reserves | | | | | | | | | |
| 192. -Fidelity Adv Div Intl Fund | | | | | | | | | |
| 193. -Oppenheimer Main Street Small Cap Fund | | | | | Sell | 04/23 | J | | Loss |
| 194. -Loomis Sayles Bond Fund | | | | | Sell | 04/23 | J | A | |
| 195. -Hartford Capital Appreciation Cl Fund | | | | | Buy | 04/23 | J | | |
| 196. -Columbia Marsico Focused Eqty Fund | | | | | Buy | 04/23 | J | | |
| 197. -Victory Diversified Stock Fund | | | | | Buy | 04/23 | J | | |
| 198. -Calvert Income Fund Com | | | | | | | | | |
| 199. -FPA New Income Inc. Fund | | | | | Sell | 04/23 | J | | Loss |
| 200. -The Oakmark Intl Fund | | | | | Sell | 04/23 | J | | Loss |
| 201. -Metropolitan West Total Return Bd Fund | | | | | Sell | 04/23 | J | A | |
| 202. -Ivy Asset Strategy Fund | | | | | | | | | |
| 203. -Blackrock Low Duration Bond | | | | | | | | | |
| 204. -Henderson International Opp Fund | | | | | Buy | 04/23 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 11/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, tra sactions (Includes those of spouse and depe dent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. UTMA Account #1 | A | Dividend | J | T | | | | | |
| 207. -ML Bank Deposit Program | | | | | | | | | |
| 208. -American Growth Fund of America Cl | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. UTMA Account #2 | A | Dividend | J | T | | | | | |
| 211. -ML Bank Deposit Program | | | | | | | | | |
| 212. -American Growth Fund of America | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. UTMA Account #3 | A | Dividend | J | T | | | | | |
| 215. -ML Bank Deposit Program | | | | | | | | | |
| 216. -American Growth Fund of America | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 11/14/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kelley, Jr., Walter D | 2. Court or Organization<br><br>USDC - E.D. Va | 3. Date of Report<br><br>09/09/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>600 Granby Street, Suite 329<br>Norfolk, VA 23510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. General Partner | Limited Partnership #1 |
| 2. Manager | LLC #1 |
| 3. Manager | LLC #2 |
| 4. Manager | LLC #3 |
| 5. Trustee | Trust #1 |
| 6. Trustee | Trust #2 |
| 7. Trustee | Trust #3 |
| 8. Trustee | Trust #4 |
| 9. Trustee | Trust #5 |
| 10. Administrator | UTMA Account #1 |
| 11. Administrator | UTMA Account #2 |
| 12. Administrator | UTMA Account #3 |
| 13. Director | Norfolk Botanical Garden Foundation |

RECEIVED 2008 SEP 11 A 11:35 US DISTRICT COURT OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 09/09/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2007 | Regent University (teaching) | $ 4500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing Instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society for Law & Public Policy Studies | 02/08/2007 - 02/10/2007 | Nashville, Tennessee | Moot Court Competition | Transportation, Meals and Room |
| 2. | The New York Intellectual Property Law Association | 03/23/2007 - 03/25/2007 | New York, New York | Seminar | Transportation, Meals, Room and Seminar Fee |
| 3. | American Bar Association - Section of Antitrust Law | 04/18/2007 - 04/19/2007 | Washington DC | Seminar | Transportation |
| 4. | Jones Day | 05/13/2007 - 06/03/2007 | Taipai, Tawain | Seminar | Transportation, Meals and Room |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 09/09/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wachovia Line of Credit (fka SouthTrust) | Unsecured Line of Credit | K |
| 2. | Capital One Credit Card | Unsecured Line of Credit | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 09/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (includin trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   TRUST #5 | E | Dividend | P1 | T | | | | | |
| 2.   -CMA Tax-Exempt Fund | | | | | | | | | |
| 3.   -Clear Media Ltd | | | | | | | | | |
| 4.   -AES Corp | | | | | | | | | |
| 5.   -American Tower Corp | | | | | | | | | |
| 6.   -Crown Holdings Inc | | | | | | | | | |
| 7.   -Gladstone Coml Corp | | | | | | | | | |
| 8.   -MGI Pharma Inc | | | | | | | | | |
| 9.   -Markel Corp. Holding Co | | | | | | | | | |
| 10.  -Micros Sys Inc | | | | | | | | | |
| 11.  -Pioneer Natural Resources Co | | | | | | | | | |
| 12.  -Wells Fargo & Co | | | | | | | | | |
| 13.  -Marsh & McLennan Cos | | | | | | | | | |
| 14.  -Echostar Comunications Cl | | | | | | | | | |
| 15.  -Tyco Intl Ltd New | | | | | | | | | |
| 16.  -Clear Channel Outdoor Holdings Inc | | | | | | | | | |
| 17.  -Penn National Gaming Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 09/09/2008 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Sirius Satellite Radio Inc | | | | | Buy | 1/12 | K | | |
| 19. -Massey Energy Co | | | | | Sell | 4/18 | K | E | |
| 20. -Capital One Financial Corp | | | | | Buy | 4/20 | K | | |
| 21. -Cincinnati Bell Inc | | | | | Sell | 4/25 | J | B | |
| 22. -Capital One Financial Corp | | | | | Buy | 4/27 | K | | |
| 23. -American Tower Corp | | | | | Sell | 5/18 | J | | No Gain or Loss |
| 24. -Tyco Intl Ltd New | | | | | Sell | 6/25 | K | D | |
| 25. -HMS Holdings Corp | | | | | Buy | 7/16 | J | | |
| 26. -Pool Corp Com | | | | | Buy | 7/17 | J | | |
| 27. -NUCO2 Inc | | | | | Buy | 7/23 | K | | |
| 28. -Millicom Intl | | | | | Buy | 7/25 | K | | |
| 29. -Autozone Inc | | | | | Sell | 7/25 | K | E | |
| 30. -Cumulus Media Inc | | | | | Sell | 7/26 | K | | Loss |
| 31. -Lamar Advertising Co | | | | | Buy | 7/31 | K | | |
| 32. -Lamar Advertising Co | | | | | Buy | 8/13 | J | | |
| 33. -Wellpoint Inc | | | | | Sell | 8/16 | J | D | |
| 34. -Lamar Advertising Co | | | | | Sell | 9/13 | K | | Loss |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Pool Corp Com | | | | | Buy | 9/19 | J | | |
| 36. -Pool Corp Com | | | | | Buy | 10/18 | J | | |
| 37. -American Tower Corp | | | | | Sell | 10/23 | J | | No Gain or Loss |
| 38. -American Tower Corp | | | | | Sell | 11/14 | J | | No Gain or Loss |
| 39. -Newalta Income Fd Trust | | | | | Buy | 11/15 | K | | |
| 40. -United Bankshares Inc W Va | | | | | Buy | 11/15 | J | | |
| 41. -Sirius Satellite Radio Inc | | | | | Sell | 12/21 | K | | Loss |
| 42. -XM Satellite Radio Holdings Inc | | | | | Buy | 12/21 | K | | |
| 43. -Manassas VA Municipal Bond | | | | | | | | | |
| 44. -Arlington County VA Public Improvement Bond | | | | | | | | | |
| 45. -Richmond VA Public Utility Bond | | | | | | | | | |
| 46. -American Capital World Groth & Income Fund | | | | | | | | | |
| 47. -American Cap Inc. Bldr Fund | | | | | | | | | |
| 48. -American Washington Mut Investors Fund | | | | | Sell | 4/2 | K | C | |
| 49. -Blackrock Basic Value Fund | | | | | Sell | 1/4 | J | A | |
| 50. -American High Income Municipal Bond Fund | | | | | Sell | 12/28 | L | | Loss |
| 51. -American Washington Mut Investors Fund | | | | | Sell | 6/4 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A ="$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 09/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -American Washington Mut Investors Fund | | | | | Sell | 12/28 | K | | Loss |
| 53. | | | | | | | | | |
| 54.  TRUST #2 | E | Dividend | P1 | T | | | | | |
| 55.  -CMA Tax-Exempt Fund | | | | | | | | | |
| 56.  -GMAC Bonds | | | | | | | | | |
| 57.  -Richmond VA Metro Authority Expressway Bond | | | | | | | | | |
| 58.  -Henrico Co. Municipal Bond | | | | | | | | | |
| 59.  -Newport News Municipal Bond | | | | | | | | | |
| 60.  -Virginia State Public School Authority Bond | | | | | | | | | |
| 61.  -Virginia Multi Family Housing Bond | | | | | | | | | |
| 62.  -Fairfax County Public Improvement Bond | | | | | | | | | |
| 63.  -Ricmond Municipal Bond | | | | | | | | | |
| 64.  -Virginia Port Authority Bond | | | | | | | | | |
| 65.  -Wachovia Common Stock | | | | | | | | | |
| 66.  -American Cap. Bldr. Fund | | | | | | | | | |
| 67.  -American High Income Municipal Bond Fund | | | | | | | | | |
| 68.  -American Bond Fund of America | | | | | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 09/09/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Archstone Smith Trust (REIT) | | | | | Sell | 6/1 | K | E | |
| 70. -ChevronTexaco Corp | | | | | | | | | |
| 71. -Eaton Vance Floating Rate Fund | | | | | | | | | |
| 72. -MFS Emerging Markets Debt Fund | | | | | | | | | |
| 73. -Pimco All Asset Fund | | | | | | | | | |
| 74. -Pimco Real Return Bond Fund | | | | | | | | | |
| 75. -Loomis Sayles Strategic Income Fund | | | | | | | | | |
| 76. -Travelcenters Amer LLC | | | | | See Part VII | 2/6 | | | Hospitality PPTY |
| 77. -Travelcenters Amer LLC | | | | | Sell | 7/31 | J | A | |
| 78. -Hospitality PPTY | | | | | Sell | 7/31 | K | D | |
| 79. -Virginia State Public Bldg. Bond | | | | | Redemption | 8/01 | K | B | |
| 80. -Norfolk IDA Bond | | | | | Redemption | 8/15 | K | C | |
| 81. -Eaton Vance Floating Rate Fund | | | | | Buy | 9/10 | J | | |
| 82. -Pimco All Asset Fund | | | | | Buy | 9/10 | J | | |
| 83. -Pimco Real Return Bond Fund | | | | | Buy | 9/10 | J | | |
| 84. -MFS Emerging Markets Debt Fund | | | | | Sell | 9/10 | J | | Loss |
| 85. -Loomis Sayles Strategic Income Fund | | | | | Sell | 9/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 09/09/2008 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -American Cap World Bond Fund | | | | | Sell | 9/10 | J | | Loss |
| 87. -Virginia Beach VA Development Authority Health Care Bond | | | | | Redemption | 11/01 | K | B | |
| 88. | | | | | | | | | |
| 89. TRUST #3 | O | Dividend | P1 | T | | | | | |
| 90. -ML Cash Reserves | | | | | | | | | |
| 91. -American Capital World | | | | | | | | | |
| 92. -American Euro Pacific Growth Fund | | | | | | | | | |
| 93. -American Small Cap Fund | | | | | Sell | 6/04 | J | B | |
| 94. -American Fundamental Income Fund | | | | | | | | | |
| 95. -American New Perspective Fund | | | | | Sell | 1/18 | J | A | |
| 96. -American New Perspective Fund | | | | | Sell | 4/20 | J | D | |
| 97. -American New Perspective Fund | | | | | Sell | 9/18 | J | B | |
| 98. | | | | | | | | | |
| 99. BROKERAGE ACCOUNT #1 | A | Dividend | J | T | | | | | |
| 100. -ML Cash Reserves | | | | | | | | | |
| 101. -The Phoenix Companies Inc. Common Stock | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 09/09/2008 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. 401(k) #1 | G | Dividend | P1 | T | | | | | |
| 104. -AES Corp | | | | | Sell | 1/08 | K | E | |
| 105. -American Tower Corp | | | | | Sell | 5/18 | K | E | |
| 106. -American Tower Corp | | | | | Sell | 10/23 | K | E | |
| 107. -American Tower Corp | | | | | Sell | 11/14 | K | E | |
| 108. -Cincinnati Bell Inc | | | | | Sell | 4/25 | K | A | |
| 109. -Clear Media Limited | | | | | | | | | |
| 110. -Crown Holdings Inc | | | | | Sell | 8/31 | K | E | |
| 111. -Cumulus Media Inc | | | | | Sell | 7/26 | K | | Loss |
| 112. -Gladstone Coml Corp | | | | | | | | | |
| 113. -Healthextras Inc | | | | | | | | | |
| 114. -IPC Holdings Ltd | | | | | Sell | 8/24 | J | | Loss |
| 115. -IPC Holdings Ltd | | | | | Sell | 8/27 | J | | Loss |
| 116. -IPC Holdings Ltd | | | | | Sell | 10/29 | K | A | |
| 117. -MGI Pharma Inc | | | | | Sell | 12/14 | L | F | |
| 118. -Markel Corp. Holdg Co | | | | | | | | | |
| 119. -Massey Energy Co | | | | | Sell | 4/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 09/09/2008 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (If private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Micros Sys Inc | | | | | Sell | 11/09 | K | E | |
| 121. -Penn Natl Gaming Inc | | | | | | | | | |
| 122. -Precision Auto Care Inc | | | | | | | | | |
| 123. -Saga Communications Inc | | | | | | | | | |
| 124. -Fidelity Cash Reserves (fdrxx) | | | | | | | | | |
| 125. -Marsh & McLennan Cos | | | | | Sell | 6/29 | K | | Loss |
| 126. -Echostar Communications Cl | | | | | Sell | 6/29 | K | D | |
| 127. -Carmax Inc | | | | | | | | | |
| 128. -Pioneer Natural Resources Co | | | | | | | | | |
| 129. -NUCO2 Inc | | | | | Buy | 5/09 | K | | |
| 130. -Clear Channel Outdoor Hldgs Inc | | | | | | | | | |
| 131. -Capital One Financial Corp | | | | | Buy | 4/20 | K | | |
| 132. -Capital One Financial Corp | | | | | Buy | 8/24 | K | | |
| 133. -Universal Display Corp | | | | | Buy | 5/30 | K | | |
| 134. -Clear Media Ltd | | | | | Buy | 6/07 | J | | |
| 135. -Pool Corp Com | | | | | Buy | 7/17 | K | | |
| 136. -Pool Corp Com | | | | | Buy | 12/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kefley, Jr., Walter D | 09/09/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -HMS Holdings Corp | | | | | Buy | 7/19 | K | | |
| 138. -Millicom Intl | | | | | Buy | 7/15 | J | | |
| 139. -Fidelity US Treasury Money Market | | | | | Buy | 8/22 | K | | |
| 140. -Fidelity US Treasury Money Market | | | | | Sell | 8/23 | J | | No Loss or Gain |
| 141. -United Bankshares Inc | | | | | Buy | 11/15 | K | | |
| 142. -Federal Natl Mtg Assn | | | | | Buy | 12/14 | K | | |
| 143. -Freddie Mac | | | | | Sell | 12/17 | K | A | |
| 144. | | | | | | | | | |
| 145. LIMITED PARTNERSHIP #1 | B | Dividend | L | T | | | | | |
| 146. -Dominion Res. Inc. | | | | | | | | | |
| 147. -First Industrial Realty Trust | | | | | Sell | 3/23 | K | B | |
| 148. -Precision Auto Care Inc. | | | | | Sell | 1/18 | J | | Loss |
| 149. -Note Receivable (American Recovery Services LLC) | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. LLC #2 | | | | | | | | | |
| 152. -Accounts Receivable | | None | M | U | | | | | |
| 153. -Note Receivable (William C. McKnew) | E | Interest | L | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 09/09/2008 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | | | | | |
| 155. LLC #1 | | | | | | | | | |
| 156. -Note Receivable (American Recovery Services) | | None | J | U | | | | | |
| 157. -Wachovia Bank Account | A | Interest | J | T | | | | | |
| 158. -Note Receivable (S. Lapp) | | None | L | U | Loan | | | | |
| 159. | | | | | | | | | |
| 160. LLC #3 | | | | | | | | | |
| 161. -Wachovia Bank Account | A | Interest | J | T | | | | | |
| 162. -Note Receivable (KMK Factoring, LLC) | | None | J | U | | | | | |
| 163. | | | | | | | | | |
| 164. TRUST #1 | A | Interest | N | T | | | | | |
| 165. -Wachovia Bank Account | A | Interest | J | T | | | | | |
| 166. -Prudential Whole Life Policy | D | Dividend | M | T | | | | | |
| 167. -Mass Mutual Whole Life Policy | D | Dividend | M | T | | | | | |
| 168. | | | | | | | | | |
| 169. IRA #1 | A | Dividend | L | T | | | | | |
| 170. -Retirement Reserves CI | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 09/09/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. -American Euro Pacific Growth Fund | | | | | Sell | 4/04 | J | A | |
| 172. -American Growth Fund | | | | | Buy | 4/04 | J | | |
| 173. -American Growth Fund | | | | | Sell | 4/11 | J | A | |
| 174. -American Growth Fund | | | | | Sell | 7/11 | J | A | |
| 175. -American Growth Fund | | | | | Sell | 10/10 | J | A | |
| 176. -Blackrock Basic Value Fd | | | | | Sell | 4/04 | J | A | |
| 177. -Delaware American Services Fund | | | | | | | | | |
| 178. -Pimco Real Return Bond Fund | | | | | Buy | 4/04 | J | | |
| 179. -Lord Abbett Small Cap Fund (fka L A Research Fund) | | | | | Buy | 4/04 | J | | |
| 180. -AIM Real Estate Fund | | | | | Sell | 4/04 | J | A | |
| 181. -Calvert Income Fund | | | | | Buy | 4/04 | J | | |
| 182. | | | | | | | | | |
| 183. IRA #2 | B | Dividend | J | T | | | | | |
| 184. -Retirement Reserves Cl | | | | | | | | | |
| 185. -Blackrock Basic Value Fd | | | | | Sell | 1/26 | J | A | |
| 186. -Blackrock Eurofund | | | | | Sell | 1/26 | J | A | |
| 187. -Blackrock Fundamental Growth Fund | | | | | Buy | 1/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 09/09/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Blackrock Intl Value Fund | | | | | | | | | |
| 189. -Blackrock Large Cap Core Fund | | | | | Sell | 10/10 | J | A | |
| 190. -Blackrock Pacific Fund | | | | | | | | | |
| 191. -Blackrock Small Cap Growth Fund | | | | | | | | | |
| 192. -Blackrock Value Opp Fund | | | | | | | | | |
| 193. -Blackrock High Income Fund | | | | | | | | | |
| 194. -Blackrock Total Return Fund (fka Blackrock Bond Fund) | | | | | | | | | |
| 195. -Blackrock Short Term Bond | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. 401(k) #2 | C | Dividend | L | T | | | | | |
| 198. -ML Retirement Reserves | | | | | | | | | |
| 199. -Hartford Growth Opportunities | | | | | Buy | 6/19 | J | | |
| 200. -Hartford Growth Opportunities | | | | | Sell | 9/25 | J | A | |
| 201. -AIM Intl Growth Fund | | | | | Buy | 9/25 | J | | |
| 202. -Thornburg International Value Fund | | | | | Sell | 2/28 | J | B | |
| 203. -Columbia Marsico Focused Equity Fund | | | | | Sell | 6/19 | J | B | |
| 204. -Ivy Global Natural Resourced Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 09/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Neuberg & Bernn Genesis Trust | | | | | | | | | |
| 206. -Muhlenkamp Fund | | | | | Sell | 2/28 | J | | Loss |
| 207. -Matthews Asia Pacific Fund | | | | | | | | | |
| 208. -DWS Dreman High Ret Eqt Instl | | | | | Sell | 6/19 | J | A | |
| 209. -DWS Dreman High Ret Eqt Instl | | | | | Sell | 9/25 | J | A | |
| 210. -Davis New York Venure Fund | | | | | Sell | 7/11 | J | A | |
| 211. -Davis New York Venture Fumd | | | | | Buy | 9/25 | J | | |
| 212. -Federated Kaufmann Small Cap Fund | | | | | | | | | |
| 213. -First American Small Cap Select Fund | | | | | Sell | 9/25 | J | A | |
| 214. -Va Kampen Emerging Mkts Fund | | | | | Sell | 9/25 | J | B | |
| 215. -Allianz Ccm Capital App Rec Fund | | | | | Sell | 9/25 | J | A | |
| 216. -Allianz NFJ Intl Value Fund | | | | | Buy | 9/25 | J | | |
| 217. -Cohen & Steers Intl Realty Fund | | | | | Buy | 2/28 | J | | |
| 218. -Cohen & Steers Intl Realty Fund | | | | | Sell | 9/25 | J | | Loss |
| 219. -Julius Baer Intl Equity Fund | | | | | Buy | 2/28 | J | | |
| 220. -John Hancock Large Cap Equity Fund | | | | | Buy | 6/19 | J | | |
| 221. -John Hancock Large Cap Equity Fund | | | | | Buy | 9/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222.  -Mutual Discovery Fund | | | | | Buy | 9/25 | J | | |
| 223. | | | | | | | | | |
| 224.  TRUST #4 | A | Dividend | L | T | | | | | |
| 225.  -ML Cash Reserves | | | | | | | | | |
| 226.  -Blackrock Small Cap Growth Fund | | | | | Sell | 1/09 | J | A | |
| 227.  -Blackrock Large Cap Core Fund | | | | | Sell | 1/09 | J | A | |
| 228.  -Blackrock Large Cap Core Fund | | | | | Sell | 10/09 | J | A | |
| 229.  -Blackrock Fundamental Growth | | | | | Sell | 1/09 | J | A | |
| 230.  -Blackrock International Value Fund | | | | | Sell | 1/09 | J | A | |
| 231.  -Blackrock Eurofund | | | | | Sell | 1/09 | J | A | |
| 232.  -Blackrock Intermediate Municipal Fund | | | | | Sell | 1/09 | J | | Loss |
| 233.  -Blackrock BasicValue Fund | | | | | Sell | 1/09 | J | A | |
| 234.  -Blackrock Basic Value Fund | | | | | Sell | 1/25 | J | A | |
| 235.  -Blackrock Value Opp Fund | | | | | Sell | 1/09 | J | | Loss |
| 236.  -Blackrock Short Term Municipal Fund | | | | | Sell | 1/09 | J | | Loss |
| 237.  -Blackrock National Municipal Fund | | | | | Sell | 1/09 | J | | Loss |
| 238.  -Blackrock Pacific Fund | | | | | Sell | 1/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 09/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | | | | | |
| 240. 401(k) #3 | B | Dividend | K | T | | | | | |
| 241. -ML Retirement Reserves | | | | | | | | | |
| 242. -Fidelity Adv Div Intl Fund | | | | | Buy | 10/16 | J | | |
| 243. -Pimco Real Return Bond Fund | | | | | Sell | 10/15 | J | | Loss |
| 244. -Blcakrock Sm Cap Grth Equity Port Fund | | | | | Sell | 10/15 | J | A | |
| 245. -Oppenheimer Main Street Small Cap Fund | | | | | Buy | 10/16 | J | | |
| 246. -Loomis Sayles Bond Fund | | | | | Sell | 10/16 | J | A | |
| 247. -Eaton Vance Floating Fund | | | | | Sell | 10/15 | J | | Loss |
| 248. -Hartford Capital Appreciation Cl Fund | | | | | | | | | |
| 249. -MFS Value Fund Cl | | | | | Sell | 7/10 | J | A | |
| 250. -MFS Value Fund Cl | | | | | Sell | 10/09 | J | A | |
| 251. -MFS Value Fund Cl | | | | | Sell | 10/15 | J | A | |
| 252. -Columbia Marsico Focused Eqty Fund | | | | | Buy | 10/16 | J | | |
| 253. -Victory Diversified Stock Fund | | | | | Buy | 10/16 | J | | |
| 254. -Calvert Income Fund Com | | | | | | | | | |
| 255. -FPA New Income Inc. Fund | | | | | Buy | 10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 09/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -The Oakmark Intl Fund | | | | | Buy | 10/16 | J | | |
| 257. -Blackrock TI Rtn | | | | | Sell | 10/15 | J | | Loss |
| 258. -Metropolitan West Total Return Bd Fund | | | | | Buy | 10/16 | J | | |
| 259. -Ivy Asset Strategy Fund | | | | | Buy | 10/16 | J | | |
| 260. -Blackrock Low Duration Bond | | | | | Buy | 10/16 | J | | |
| 261. | | | | | | | | | |
| 262. UTMA Account #1 | A | Dividend | J | T | | | | | |
| 263. -ML Bank Deposit Program | | | | | | | | | |
| 264. -American Growth Fund of America Cl | | | | | | | | | |
| 265. | | | | | | | | | |
| 266. UTMA Account #2 | A | Dividend | J | T | | | | | |
| 267. -ML Bank Deposit Program | | | | | | | | | |
| 268. -American Growth Fund of America | | | | | | | | | |
| 269. | | | | | | | | | |
| 270. UTMA Account #3 | A | Dividend | J | T | | | | | |
| 271. -ML Bank Deposit Program | | | | | | | | | |
| 272. -American Growth Fund of America | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 09/09/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Under Trust #2 (Line 76), Hospitality·PPTY paid the trust account a stock dividend of ████ of Travelcenters Amer LLC stock.

Under IRA #1 (Line 179), Lord Abbett Small Cap Value Cl was formerly known as Lord Abbett Research Fund.

Under IRA #2 (Line 194), Blackrock Total Return Fund was formerly known Blackrock Bond Fund.

On last year's report (2006) lines 165 and 169 were incorrect. Line 165, AIM Basic Value Fund should have listed as sold, 4/27/06, Value Code J, Gain Code A. AIM Value Fund was a complete sale and will not be listed in this 2007 report. Line 169, AIM Internation Growth Fund should have showed no change.

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 09/09/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544